CAROL A. GIBBONS, as Administratrix of the Estate of JAMES R. GIBBONS, SR., Deceased, Respondent, v COUNTY LEGISLATURE OF OSWEGO COUNTY, Defendant, GENESEE BREWING COMPANY, INC., Appellant, and VILLAGE OF PULASKI, et al., Respondents. (Appeal No. 2.)—Order unanimously reversed on the law without costs, defendant's motion granted and complaint dismissed. Same memorandum as in *Gibbons v County Legislature* ([appeal No. 1] 161 AD2d 1196 [decided herewith]). (Appeal from order of Supreme Court, Oswego County, Donovan, J.—summary judgment.) Present—Dillon, P. J., Green, Pine, Balio and Lawton, JJ.